WM. WOODS, general guardian, &c., agt. DAVID HARTSHORN.

An attorney is not bound to take papers from the post office, served on him, where they are directed to another post office and are forwarded to the post office where the attorney resides, *charged with postage.*

*February Term,* 1846.

MOTION by defendant for judgment as in case of non-suit. Defendant moved on the usual affidavit. Plaintiff's attorney opposed, on the ground that the cause was not at issue; he stated that the name of the plaintiff's attorney and residence, to wit, "Auburn, N. Y.," was printed on the copy declaration served in this cause; that he had never received any plea or notice in the cause, but had been informed that papers of some kind in the cause were received in the Skaneatelas post office, directed to him and charged with postage, but he had never seen or received them.

R. H. TYLER, *defendants' attorney.*
M. T. REYNOLDS, *plaintiffs' counsel.*
G. UNDERWOOD, *plaintiffs' attorney.*

BRONSON, Chief Justice. Denied the motion with costs, without prejudice, on the ground that there was postage charged on the letter to plaintiff's attorney, from Skaneatelas to Auburn.

Three other causes, same plaintiffs and different defendants, decided on the same ground.